IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**NORMAN ADAMS**                                                                                        **PLAINTIFF**
ADC #136063

v.                     CASE NO. 4:16-CV-00813 BSM

**C. WILLIAMS, Lieutenant,**
White County Detention Center, et al.                            **DEFENDANTS**

## ORDER

The proposed findings and recommendations [Doc. No. 11] submitted by United States Magistrate Judge Joe J. Volpe have been received. No objections have been filed. After careful consideration, the proposed findings and recommendations are adopted in their entirety. Accordingly, plaintiff Norman Adams's complaint is dismissed without prejudice for failure to state a claim upon which relief may be granted. This dismissal counts as a "strike" for purposes of 28 U.S.C. Section 1915(g). Furthermore, it is certified that an *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 30th day of May 2017.

_____
UNITED STATES DISTRICT JUDGE